CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants, Frank P. Cao and Fair Enterprises, Inc., a California Corporation

PHYL GRACE, ESQ., SBN 171771
CENTER FOR DISABILITY ACCESS
P. O. Box 262490
San Diego, CA  92196-2490
Telephone:  858-375-7385
Facsimile:  888-422-5191

Attorneys for Plaintiff, Scott Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Frank P. Cao; Trang M. Nguyen; Fair Enterprises, Inc.**, a California Corporation; and Does 1-10, <br><br> Defendants. | Case No. 2:14-cv-01453-MCE-CKD <br><br> STIPULATION RE: EXTENSION OF TIME UNTIL AUGUST 4, 2014 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER |

Pursuant to Local Rule 144, Plaintiff, Scott Johnson, and Defendants, Frank P. Cao and Fair Enterprises, Inc., by and through their respective counsel stipulate as follows:

1.The Defendants have not previously requested an extension of time to respond to the Complaint;

2.The parties stipulate that Defendants have requested an extension until August 4, 2014 to respond or otherwise plead;

3.The parties stipulate to Defendants' request for an extension until August 4, 2014 to respond or otherwise plead;

4.Defendants' response will be due no later than August 4, 2014;

5.All other dates previously set by the Court will remain in effect.

IT IS SO STIPULATED effective as of July 17, 2014.

Dated: July 17, 2014/s/ Cris C. Vaughan
CRIS C. VAUGHAN
Attorney for Defendants,
Frank P. Cao and Fair Enterprises, Inc.

Dated: July 17, 2014/s/ Phyl Grace
PHYL GRACE
Attorney for Plaintiff,
Scott Johnson

**ORDER**

Pursuant to the parties' stipulation, Defendants shall file a response to the Complaint on or before August 4, 2014.  All other dates previously set by the Court shall remain in effect.

IT IS SO ORDERED.

Dated:  July 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT